# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ANNIE BORDEN and KACHENA RICHARDSON, | ) ) Case No. 1:16-cv-00519-TSB |
| Plaintiffs, | ) ) Judge Timothy S. Black |
| v. | ) ) |
| ANTONELLI COLLEGE, *et al.*, | ) **JOINT STIPULATION OF** ) **DISMISSAL** |
| Defendants. | ) |
| | |
| TECHNOLOGY TRAINING SYSTEMS, INC. D/B/A ANTONELLI COLLEGE, | ) ) Case No. 1:16-cv-00519-TSB |
| Counter-Plaintiff, | ) ) Judge Timothy S. Black |
| v. | ) ) |
| ANNIE BORDEN, | ) **JOINT STIPULATION OF** ) **DISMISSAL** |
| Counter-Defendant. | ) |

Plaintiffs Annie Borden and Kachena Richardson and Defendants Technology Training Systems, Inc. d/b/a Antonelli College, Mary Ann Davis, Corey Bjarnson, Leah Elkins, and Marre Barnette, by and through their undersigned counsel, hereby stipulate and agree to dismissal with prejudice of any and all claims (including counterclaims) asserted in this action, each party to bear its own costs.

04522263.1

Dated: July 27, 2018

Respectfully submitted,

*/s/ Ryan S. Lett*
Adam P. Hall (Ohio Bar No. 0042128)
Ryan S. Lett (Ohio Bar No. 0088381)
**FROST BROWN TODD, LLC**
301 East Fourth Street
Great American Tower Suite 3300
Cincinnati, Ohio 45202
(513) 651-6118
ahall@fbtlaw.com
rlett@fbtlaw.com

Ollie A. ("Tres") Cleveland, III (*pro hac vice*)
Kathryn Bushby (*pro hac vice*)
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
tcleveland@maynardcooper.com
kbushby@maynardcooper.com

*Counsel for Defendants and Counter-Plaintiff*

*/s/ Phyllis E. Brown*
Phyllis E. Brown (Ohio Bar No. 0037334)
Adam S. Brown (0078803)
**BROWN LAW FIRM LLC**
250 E. 5th Street, Suite 1500
Cincinnati, Ohio 45202
(513) 241-6400
pbrown@blfohio.com
abrown@blfohio.com

*Counsel for Plaintiffs and Counter-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record, including:

Adam P. Hall (Ohio Bar No. 0042128)
Ryan S. Lett (Ohio Bar No. 0088381)
**FROST BROWN TODD, LLC**
301 East Fourth Street
Great American Tower Suite 3300
Cincinnati, Ohio 45202
(513) 651-6118
ahall@fbtlaw.com
rlett@fbtlaw.com

Ollie A. ("Tres") Cleveland, III (*pro hac vice*)
Kathryn Bushby (*pro hac vice*)
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
tcleveland@maynardcooper.com
kbushby@maynardcooper.com

*Counsel for Defendants/Counter-Plaintiff*

                                       */s/ Ryan S. Lett*
                                       Ryan S. Lett (Ohio Bar No. 0088381)